UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-000285-BLW |
|---|---|
| Plaintiff, | MEMORANDUM DECISION AND ORDER |
| v. | |
| KRISTOPHER CONVERSE, | |
| Defendant. | |

# INTRODUCTION

Before the Court is a letter from defendant Kristopher Converse. (Dkt. 33). Mr. Converse says the Bureau of Prisons miscalculated his release date. He asks the Court to resolve the issue. The Court lacks jurisdiction over the motion, which, in any event, appears to be moot. The Court will therefore dismiss the motion.

# DISCUSSION

Before analyzing the issues, the Court will first observe that the Bureau of Prison's inmate locator indicates that Mr. Converse was released from prison on September 21, 2018 – less than a month after he wrote this Court. *See https://www.bop.gov/inmateloc/* (last visited Aug. 9, 2019).

If, however, Mr. Converse remains incarcerated, the Court lacks jurisdiction and will therefore dismiss the motion.

First, the Court has no authority to modify a term of imprisonment expect under certain circumstances not present here. *See* 18 U.S.C. § 3582(c).

Second, a prisoner challenging the calculation of the time remaining on his sentence must first exhaust the administrative remedies available under BOP regulations. Mr. Converse's letter does not say that he exhausted his administrative remedies.

Third, a prisoner challenging his release date must sue in the district where he is incarcerated – not in the sentencing court's district.

## ORDER

**IT IS ORDERED that** defendant's letter motion (Dkt. 33) is **DISMISSED.**

DATED: August 15, 2019

_____
B. Lynn Winmill
U.S. District Court Judge